UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| DEBRA A. RYAN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEAK N SHAKE, INC. )<br>)<br>Defendant. ) | Case No.  3:19-cv-00314-CRS |

## ANSWER

Comes the Defendant, Steak N Shake, Inc. ("Steak N Shake"), by counsel, and for its Answer to the Plaintiff's Complaint, states as follows:

1. Steak N Shake is without sufficient information to admit or deny the material allegations contained in numerical paragraph 1 of Plaintiff's Complaint and therefore denies same.

2. Steak N Shake admits the material allegations contained in numerical paragraph 2 of Plaintiff's Complaint.

3. With respect to numerical paragraph 3 of Plaintiff's Complaint, Steak N Shake admits that it owns and operates the store in question.  Steak N Shake is without sufficient information to admit or deny any remaining material allegations contained in said paragraph and therefore denies same.

4. With respect to numerical paragraph 4 of Plaintiff's Complaint, Steak N

Shake denies that it was negligent, that it failed to properly clear the area in use by patrons and that the Plaintiff fell solely as a result of said alleged failure. Steak N Shake is without sufficient information to admit or deny any remaining material allegations contained in said paragraph and therefore denies same.

5. Steak N Shake is without sufficient information to admit or deny the material allegations contained in numerical paragraphs 6 and 7 of Plaintiff's Complaint and therefore denies same.

6. All remaining allegations and averments contained in Plaintiff's Complaint not expressly admitted or addressed above are hereby specifically denied.

7. The Complaint, in whole or in part, fails to state claims upon which relief may be granted.

8. To the extent supported by proof at trial, the Plaintiff's claims are barred, in whole or in part, by the defenses of comparative fault and/or failure to mitigate alleged damages.

9. The defenses of intervening and/or superseding causes are hereby affirmatively pled.

10. To the extent that any and/or all of Plaintiffs' claimed damages have been and/or will be paid by others, "written down" and/or "written off," then we hereby plead the defenses of credit, set-off and/or that the Plaintiff is not the real party in interest regarding those claims.

11. Defendant hereby adopts, incorporates and pleads by reference, each and every defense available under FRCP 8 and FRCP 12 of the Federal Rules of Civil

Procedure, and hereby reserves the right to assert any and all defenses and/or claims as discovery and investigation in this matter continues.

WHEREFORE, the Defendant, Steak N Shake, Inc., hereby respectfully demands as follows:

1. Dismissal of all claims against it, with prejudice;

2. Its costs herein expended;

3. Any and all other relief, legal or equitable, to which it appears entitled.

Respectfully submitted,

PHILLIPS PARKER ORBERSON & ARNETT, P.L.C.

*/s/William B. Orberson*
William B. Orberson
James C. Wade
Aaron M. Williams
716 West Main Street, Suite 300
Louisville, Kentucky 40202
(502) 583-9900
worberson@ppoalaw.com
jwade@ppoalaw.com
awilliams@ppoalaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing was on this the 25th day of April, 2019, filed with the Court's ECF filing system, who will in turn serve a copy of same upon the following:

Paul Musselwhite
Musselwhite Meinhart & Staples P.S.C.
385 W. Lincoln Trail Blvd.
Radcliffe, Kentucky 40160
mussel@bbtel.com
*Counsel for Plaintiff*

                         */s/William B. Orberson*
                         William B. Orberson